

No. 12–0048/AR. U.S. v. Bobby D. James. CCA 20081163. Review granted on the following issue:

> WHETHER THE SPECIFICATION OF CHARGE II FAILS TO STATE AN OFFENSE BECAUSE IT DOES NOT ALLEGE, EXPRESSLY OR BY NECESSARY IMPLICATION, THE 'TERMINAL ELEMENT' AS REQUIRED BY *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

The decision of the United States Army Court of Criminal Appeals is vacated. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for consideration of the granted issue in light of *United States v. Fosler*, 70 M.J. 225 (C.A.A.F. 2011). [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

BAKER, Chief Judge (dissenting): I dissent for the reasons stated in my dissenting opinion in *Fosler*. *United States v. Fosler*, 70 M.J. 225, 240–47 (C.A.A.F. 2011).

No. 12–0064/MC. U.S. v. Andrew L. Birdwell. CCA 201100229. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, we note that the convening authority approved the sentence, which included a dishonorable discharge, and then stated,

> In accordance with the Uniform Code of Military Justice, the Manual for Courts–Martial, applicable regulations, and this action, the sentence is ordered executed.

Under Article 71(c)(1), UCMJ, a punitive discharge cannot be ordered executed until, after the completion of direct appellate review, there is a final judgment as to the legality of the proceedings. Thus, to the extent that the convening authority's action purported to execute the dishonorable discharge, it was a nullity. To avoid any error in this regard, we again suggest that the model Forms for Action in *Manual for Courts–Martial, United States* app. 16 at A16–1 - A16–6 (2008 ed.) be revised. *See United States v. Politte*, 63 M.J. 24, 26 n.11 (C.A.A.F. 2006). Accordingly, it is ordered that said petition is hereby granted, and the decision of the

4

United States Navy–Marine Corps Court of Criminal Appeals is affirmed. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0100/AF. U.S. v. Chase C. Montgomery. CCA 37556. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Air Force Court of Criminal Appeals is affirmed.*

No. 11–0583/NA. U.S. v. Michael D. King, Jr. CCA 201000406. Appellant's motion to correct errata granted.

No. 12–0036/AR. U.S. v. James E. Crawford. CCA 20100247. On consideration of Appellant's motion to consider matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), it is ordered that said motion is hereby granted.

* It is directed that the promulgating order be corrected to reflect that the drug used in Specification 13 of Charge III was 3, 4-methylenedioxyamphetamine, vice 3, 4-methylenedioxymethamphetamine. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]